[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 17, 2009
THOMAS K. KAHN
CLERK

No. 08-15582
Non-Argument Calendar

_____

D. C. Docket No. 08-00216-CV-TWT-1


GREENWOOD NURSERY, INC.,
a Texas corporation,

                                                            Plaintiff-Appellant,

                              versus

HOME DEPOT U.S.A., INC.,
a Georgia corporation,

                                                            Defendant-Appellee.


_____

On Appeal from the United States District Court for the
Northern District of Georgia

_____

(February 17, 2009)

Before TJOFLAT, CARNES and WILSON, Circuit Judges.


PER CURIAM:

The judgment of the district court is affirmed. Appellant's claims are barred for the reasons the district court spelled out in its order of September 4, 2008.

**AFFIRMED.**